UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE:<br><br>RAND DALE JACOT<br><br>Debtor | CASE NO. 18-10520<br><br>Chapter 13 |

### RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

    NOW COMES SN Servicing Corporation, servicing agent for SRP 2012-4 LLC ("Lender"), by and through its undersigned attorney, and responds in support of the Debtor's Objection to Proof of Claim filed herein and respectfully shows as follows:

    1.    Lender filed a Proof of Claim on June 12, 2018, Claim number 2, indicating a secured claim in the amount of $107,030.62 and pre-petition arrears in the amount of $64,982.97.

    2.    After a review of its records, Lender files this Response in agreement with the Debtor's Objection and Lender agrees that its Proof of Claim shall be amended per the Debtor's Objection to reflect a secured claim in the amount of $63,473.74, with pre-petition arrears in the amount of $19,716.35.

    WHEREFORE, Lender prays the Court as follows:

    1.    For an Order sustaining the Debtor's Objection to Proof of Claim and;

    2.    For a determination that Lender shall have a secured claim in the amount of $63,473.74, with pre-petition arrears in the amount of $19,716.35 for purposes of this bankruptcy proceeding; and,

    3.    For such other and further relief as the Court deems just and proper.

    DATED: August 23, 2018

    /s/ John W. Fletcher III
    N.C. State Bar No. 15503
    Henderson, Nystrom, Fletcher & Tydings, PLLC
    831 East Morehead Street, Suite 255
    Charlotte, NC 28202
    Telephone: (704) 334-3400, ext. 203
    jfletcher@hnftlaw.com
    jgilleland@hnftlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| IN RE:<br><br>RAND DALE JACOT<br><br><br>Debtor | CASE NO. 18-10520<br><br>Chapter 13 |

### CERTIFICATE OF SERVICE

The undersigned certifies that this day the pleading or paper to which this Certificate is affixed was served upon the person(s) listed below by mailing a copy of the same, properly addressed and postage prepaid via the United States Postal Service.

Rand Dale Jacot
706 Leawood Drive
Greensboro, NC 27410

Dirk W. Siegmund
Ivey, McClellan, Gatton, & Siegmund, LLP
P.O. Box 3324
Greensboro, NC 27402-3324

Anita Jo Kinlaw Troxler
PO Box 1720
Greensboro, NC 27402-1720

DATED:  August 23, 2018

/s/ John W. Fletcher III
N.C. State Bar No. 15503
Henderson, Nystrom, Fletcher & Tydings, PLLC
831 East Morehead Street, Suite 255
Charlotte, NC 28202
Telephone:  (704) 334-3400, ext. 203
jfletcher@hnftlaw.com
jgilleland@hnftlaw.com